May 23, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GLORIA GURKA AND ERIC BROCK, Appellants

NO. 14-11-00978-CV                                    V.

TRACY GURKA, Appellee

_____

This cause, an appeal from an order in favor of appellee, Tracy Gurka, signed October 17, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the trial court's order **AFFIRMED**.

We order appellants, Gloria Gurka and Eric Brock, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.